UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOBEY HENDERSON            )
    Petitioner,         )
                           )
v.                         )    Civil No. 2:14-cv-00374-NT
                           )
PAROLE BOARD,              )
    Respondent.         )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 9, 2014 his Order and Recommended Decision (ECF No. 3). The Petitioner filed his Objection to the Recommended Decision (ECF No. 5) on November 3, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore ORDERED that the Recommended Decision of the

Magistrate Judge is hereby <u>AFFIRMED</u>. It is further <u>ORDERED</u> that the Complaint be dismissed. No Certificate of Appealability should issue because there is no substantial issue that could be presented on appeal. *See* Fed. R. App. P. 22b; First Circuit Local Rule 22.1

<u>SO ORDERED</u>.

/s/ Nancy Torresen
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2014.